# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-50175
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
September 1, 2017

Lyle W. Cayce
Clerk

IN RE: ABIE WOLF,

     Debtor

ABIE WOLF,

     Appellant

v.

JUDY A. ROBBINS, As United States Trustee,

     Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:16-CV-454

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

Abie Wolf appeals the district court's dismissal of his appeal from the decision of a bankruptcy court. The district court dismissed Wolf's appeal pursuant to Federal Rule of Bankruptcy Procedure 8003(a)(2) based on his

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-50175

failure to timely file a brief. Wolf does not address this issue in his briefing before this court.

"Although we liberally construe the briefs of pro se appellants, we also require that arguments must be briefed to be preserved." *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993) (quoting *Price v. Digital Equip. Corp.*, 846 F.2d 1026, 1028 (5th Cir. 1988)). Wolf has abandoned any arguments regarding the district court's dismissal of his bankruptcy appeal by failing to argue them in the body of his brief. *See id.* The district court's dismissal is, therefore, AFFIRMED. Wolf's motion to supplement is DENIED as moot.